*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA ANDERSON, | CASE NO.: CV 09-8323-GW(PJWx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| HALLIER PROPERTIES, LLC, et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED, that the above-captioned action is dismissed with prejudice of all claims and counterclaims asserted by or against any party in the consolidated lawsuits. With no claims remaining, and with no party owing costs to any other party, both lawsuits shall be dismissed with prejudice in their entireties.

DATED: January 30, 2012

*/s/ George H. Wu*
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1